UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | MAG. NO. 94-82-LPC |
| ) | |
| JOSE MANUEL ORTIZ        ) | |

**STATUS REPORT**

The United States requests that this case remain open. The defendant is currently serving a state prison sentence in New York State following a conviction on drug charges. He has not yet faced the pending federal escape charges filed on September 13, 1994. A detainer based on the instant Complaint has been filed with New York authorities. The Complaint and detainer are necessary to require the defendant to face the outstanding federal charges upon his release from custody in New York.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 3/7/05